UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Alexis Centeno, #14146-055,<br><br>                Plaintiff,<br><br>vs.<br><br>Mr. J. Meeks, Warden; Mrs. Simmons, Assistance Warden; Mr. Ray Burn, Capetian; Mrs. Urrea, HSA; Mr. Whitehurst, AHSA; Dr. Luranth, Medical Director; Dr. Massa, Medical Doctor,<br><br>                Defendants. | C/A No. 4:16-1482-BHH-TER<br><br>ORDER |

Plaintiff Alexis Centeno, a federal prisoner proceeding *pro se*, filed this *Bivens*[1] action on May 6, 2016. Plaintiff is currently housed at FCI Williamsburg. Defendants filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) on September 27, 2016.

As both parties have submitted evidence outside of the pleadings, the motion to dismiss is being converted to a motion for summary judgment. Defendants have an additional five days from the date of this order to make any additional submissions in accordance with Rule 56 of the Federal Rules of Civil Procedure. The court is issuing an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising Plaintiff of the possible consequences if he fails to respond adequately to the Defendants' motion for summary judgment and make submissions in accordance with Rule 56 of the Federal Rules of Civil Procedure.

---

[1] See Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 397 (1971).

AND IT IS SO ORDERED.

                                                               s/Thomas E. Rogers
                                                                Thomas E. Rogers, III

January 18, 2017                              United States Magistrate Judge
Florence, South Carolina